IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES ALONZO TUNSTALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:15CV226 |
| | ) |
| FRANK L. PERRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 3, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 52, 53.) Plaintiff filed objections (ECF No. 54) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the Magistrate Judge's Recommendation (ECF No. 52), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Peter Woglom's Motion to Dismiss (ECF No. 30) and Carmen Hendricks' Motion to Dismiss (ECF No. 45) are GRANTED, and that the claims as to these Defendants are DISMISSED without prejudice.

This, the 19th day of September, 2016.

/s/ Loretta C. Biggs
United States District Judge