IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLES ALONZO TUNSTALL, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:15CV226 |
| FRANK L. PERRY, et al., | ) | |
| Defendants. | ) | |

**ORDER**

On January 5, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF No. 109), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 107), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant Sami Hassan's Motion to Dismiss, (ECF No. 93), is GRANTED; that the Entry of Default, (ECF No. 104), against Defendant Jane Welch is SET ASIDE; that Plaintiff's Motion for Default Judgment against Defendant Welch, (ECF No. 105), is DENIED; and that Plaintiff's claims against Defendant Welch and all remaining Defendants are DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

This, the 13th day of March, 2018.

/s/ Loretta C. Biggs
United States District Judge